IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

KEITH LEWIS,

    Plaintiff,

v.

TRUCK-LITE CO., LLC

    Defendant.

---

Civil Action No. 1:12-cv-00219-RJA

Hon. Richard J. Arcara

## STIPULATED ORDER OF DISMISSAL OF CLAIMS BETWEEN KEITH LEWIS AND TRUCK-LITE CO., LLC

Plaintiff Keith Lewis and Defendant Truck-Lite Co., LLC have reached agreement on a settlement of all claims and counterclaims brought in this action, and on the basis of the settlement reached, Mr. Lewis and Truck-Lite Co., LLC hereby voluntarily dismiss all claims and counterclaims brought against each other, with prejudice.

IT IS HEREBY ORDERED, in accordance with Federal Rule of Civil Procedure 41(a)(2), as follows:

1.     Mr. Lewis and Truck-Lite Co., LLC hereby dismiss all claims and counterclaims brought against each other in this Civil Action with prejudice.

2.     Each settling party shall bear their own costs and attorneys' fees.

3.     This Court will retain jurisdiction over this matter to enforce the terms of the protective order entered in this case, to the extent necessary.

SO ORDERED:

Dated: July 8, 2013

_____
United States District Judge

AGREED:

/s/ Paul C. Gibbons
Niro, Haller & Niro
181 West Madison Street, Suite 4600
Chicago, IL 60602
(312) 236-0733

One of the Attorneys for Plaintiff
Keith Lewis

/s/Byron A. Bilicki
The Bilicki Law Firm, P.C.
1285 North Main Street
Jamestown, NY 14701
Indianapolis, IN 46204

One of the Attorneys for Defendant
Truck-Lite Co. LLC